CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard,
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail: Darren.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
November 6, 2023

Lucy H. Carrillo, Clerk of Court

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 23-1577 KJM |
| Plaintiff, | |
| v. | |
| ANDRE FULTON II, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

From on or about May 19, 2019 and continuing to on or about February 24, 2022, both dates being approximate and inclusive, in the District of Hawaii, the defendant, ANDRE FULTON II, willfully and knowingly did steal and purloin Basic Allowance for Quarters (BAQ) and/or Variable Housing Allowance (VHA),

and Cost of Living Adjustment (COLA) payments, of a value exceeding $1,000, property of the United States.

All in violation of 18 U.S.C. § 641.

### Count 2

On or about August 14, 2019, in the District of Hawaii, ANDRE FULTON II, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by false stating and representing that he had dependents living with him in Hawaii. The statements and representations were false because, as ANDRE FULTON II then and there knew, his dependents were not living in Hawaii.

All in violation of Title 18, United States Code, Section 1001.

### Count 3

On or about September 5, 2019, in the District of Hawaii, ANDRE FULTON II, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by false stating and representing that he had a dependent, his spouse, living with him in Hawaii. The statements and representations were false because, as ANDRE FULTON II then and there knew, his dependent, his spouse, was not living in Hawaii.

All in violation of Title 18, United States Code, Section 1001.

### Count 4

On or about September 5, 2019, in the District of Hawaii, ANDRE FULTON II, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by false stating and representing that he had a dependent, his daughter, living with him in Hawaii. The statements and representations were false because, as ANDRE FULTON II then and there knew, his dependent, his daughter, was not living in Hawaii.

All in violation of Title 18, United States Code, Section 1001.

I further state that I am a Special Agent of the Defense Criminal Investigative Service (DCIS), and that this Complaint is based upon the facts set forth in the following affidavit, which is attached hereto and made part of this Complaint by reference.

_____
MICHAEL NAITO Special Agent
Defense Criminal Investigative Service

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1 (b), this 6th day of November 2023.

_____
Wes Reber Porter
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, MICHAEL YASUHIRO NAITO, being duly sworn, depose and state as follows:

### I. INTRODUCTION AND SUMMARY OF PROBABLE CAUSE

1. I make this affidavit in support of a criminal complaint charging ANDRE FULTON II (FULTON II), with violating 18 U.S.C. § 641 - Theft of Government Money or Property and 18 U.S.C. § 1001 - False Statement to Government Agency.

2. As set forth in greater detail below, a joint investigation by the Defense Criminal Investigative Service (DCIS), the Homeland Security Investigations, U.S. Immigration and Customs Enforcement (HSI), and the United States Army Criminal Investigation Division (Army CID) has revealed that, while FULTON II was member of the United States Army, he made false statements on forms submitted to the U.S. Army to obtain money from the U.S. Army to which he was not entitled.

### II. AGENT BACKGROUND

3. I am employed as a Special Agent with the United States Department of Defense (DoD), Office of the Inspector General (OIG), Defense Criminal Investigative Service (DCIS), Honolulu, Hawaii, and have been so employed for approximately ten years. Prior to my employment with DCIS, I was employed as a

4

Special Agent with the Naval Criminal Investigative Service for approximately eight years and as an Immigration Inspector for approximately nine years. I have completed a total of over 52 weeks of training at the Federal Law Enforcement Training Center in Glynco, Georgia to include the Criminal Investigator Training Program and the DCIS Special Agent Basic Training Program. I have conducted multiple investigations relating to criminal violations of the U.S. Code, including criminal investigations that have utilized surveillance operations, consensual monitoring, search warrants, interviews, financial analysis, computer forensic analysis, and various other techniques.

4. This affidavit is based on my personal knowledge, my review of records and other materials obtained during this investigation, including interview reports, as well as information provided to me by other government personnel with knowledge related to this investigation, both with the HSI, U.S. Citizenship and Immigration Services (USCIS) Fraud Detection and National Security Directorate (FDNS), and Army CID. I believe the information received from others to be truthful and reliable to the best of my knowledge. Where I have reported statements made by others, or from documents that I have reviewed, those statements are reported in substance and in part, unless otherwise indicated. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known to me concerning this

5

investigation. Rather, I have set forth only those facts that I believe are sufficient to establish the necessary foundation for the complaint.

## III. VIOLATIONS

5. The elements for 18 U.S.C. § 641 (Theft of Government Money or Property) are:

    a. the defendant knowingly embezzled, stole, or converted to the defendant's use money or property of value with the intention of depriving the owner of the use or benefit of the money or property;

    b. the money or property belonged to the United States; and

    c. the value of the money or property was more than $1,000.

6. The elements for 18 U.S.C. § 1001 (False Statement to Government Agency) are:

    a. the defendant made a false statement or used a writing that contained a false statement; and

    b. the statement or writing was made in a matter within the jurisdiction of a Unites States government agency or department.

## IV. FACTS ESTABLISHING PROBABLE CAUSE

7. FULTON II is an active duty member of the U.S. Army and has been since 2014.

8. From 2014 to 2019, FULTON II was stationed at Fort Hood in Texas.

9. According to a Marriage License issued by the State of Texas, FULTON II married a woman, hereinafter referenced as "WIFE" on January 26, 2018.

10. WIFE and WIFE's previous husband received B2 non-immigrant visas on April 16, 2016 and were married a week later, on April 23, 2016. On May 31, 2016, WIFE and WIFE's previous husband traveled to the US and entered at New York. On April 11, 2017, WIFE's previous husband was granted a divorce from WIFE. Two days later, WIFE married FULTON II. On March 21, 2019, WIFE's previous husband married United States Citizen 1. They eventually got a divorce and WIFE's previous husband married United States Citizen 2. WIFE's previous husband filed an application to adjust his status to LPR thru his marriage to United States Citizen 2.

11. In February of 2019, as part of reviewing WIFE's application for a change in immigration status, USCIS interviewed FULTON II and WIFE in San Antonio, Texas. FULTON II, among other things, stated that he did not care if the marriage was a fraud and that he loves his wife.

12. According to a Certificate of Birth issued by the State of Texas, WIFE gave birth to a child, hereinafter referred to as "DAUGHTER," in March of 2019. The Certificate of Birth listed FULTON II as the father.

13.     On or about May 19, 2019, FULTON II was transferred from Fort Hood to Fort Shafter, Hawaii.

14.     On August 14, 2019, FULTON II signed an "Authorization to Start, Stop, or Change Basic Allowance for Quarters (BAQ), and/or Variable Housing Allowance (VHA)" form (DA FORM 5960). FULTON II claimed that WIFE and DAUGHTER (five months old at the time) were living with him at 94-265 Leowahine Street. #3, Waipahu, HI 96797.

    a.     FULTON II initialed next to two check boxes in section 11 of the DA FORM 5960 that read:

        i.     I certify that I can provide, or willing to provide, adequate support for the above named dependents. I am aware that failure to support the above named dependents may result in stopping BAQ and recouping BAQ for any prior periods/nonsupport.

        ii.    IAW service regulations, I certify that the dependency status of my primary dependents, on whose behalf I am receiving BAQ, has not changed so as to affect my entitlement thereto for the period.

    b.     The notification above the signature block on the form that was signed by FULTON II, read:

> I certify ALL information regarding this authorization is correct. I will immediately notify the FAO/HRO or any changes in the information above, due to divorce, marriage, death, living in government quarters etc, which could affect by BAQ or VHA entitlement. IMPORTANT Making a false

statement or claim against the US Government is punishable by courts-martial. The penalty for willfully making a false claim or a false statement in connection with claims is a maximum fine of $10,000 or imprisonment for 5 years, or both.

15. The address (94-265 Leowahine Street. #3, Waipahu, HI 96797) listed on the DA FORM 5960 signed by FULTON II on August 14, 2019 was under construction in 2019, when the form was filed. A query through the City and County of Honolulu's Department of Planning and Permitting showed a March 27, 2019 permit to demolish the existing structure on the address listed by FULTON II as his residence, belonged to the Church of the Risen Lord. The construction permit for the address was issued on June 12, 2019 and the construction was listed as completed on April 30, 2020. An Army CID Special Agent went to 94-265 Leowahine Street address in October 2022. The address was zoned for commercial use and unit number 3 was occupied by the Flawless Tinting business.

16. On September 5, 2019, FULTON II signed a "PERSONAL ACTION" form (DA FORM 4187) seeking a "COLA RATE CHANGE." FULTON II claimed he was entitled to an "authorized change in COLA dependent rate for location code: HI009 (Oahu) from 0 to 1 effective 20190730" because WIFE, his spouse, was living with him in Hawaii and therefore he should receive the higher dependent rate for Hawaii versus Fort Hood, Texas where he was not receiving COLA.

9

17. On September 5, 2019, FULTON II signed a "PERSONAL ACTION" form (DA FORM 4187) seeking a "COLA RATE CHANGE." FULTON II claimed he was entitled to an "authorized change in COLA dependent rate for location code: HI009 (Oahu) from 1 to 2 effective 20190730" because WIFE, his spouse, and their daughter were living with him in Hawaii and that he should receive the higher dependent rate for Hawaii.

18. Information was received from FDNS that on or about September 9, 2019, WIFE filled out an address change form for USCIS to change her address to 4178C Bougainville Circle, Kapolei, HI from 4604 Cambridge Drive, Killeen, Texas. Because of the change of address, FDNS Officers wanted to verify that WIFE lived at the 4178C Bougainville Circle address. On January 11, 2022, FDNS Officers talked to the Assistant Community Manager, Kalaeloa Rental Homes. The Assistant Community Manager related that FULTON II moved into 4178C on September 6, 2019 and moved out on October 31, 2019. FULTON II's name was on the lease with two other roommates, hereinafter referred to as "Roommate 1" and "Roommate 2", who were also in the U.S. Army. WIFE's name was not on the lease and the Assistant Community Manager was not able to find any information for WIFE in the computer system. On September 30, 2019, an incident occurred that required a police response. The Assistant Community Manager was not able to provide the details of the incident to FDNS Officers, but

after the incident, FULTON II and his roommates were asked to move out. On April 17, 2023, Roommate 1 was interviewed by Special Agents with the Department of the Army Criminal Investigation Division (DACID). Roommate 1 said that he lived with Roommate 2 and another male. Roommate 1 did not remember living with a woman or a child at the 4178C Bougainville Circle address.

19. On October 18, 2019, WIFE filled out an address change form for USCIS to change her address from 4178C Bougainville Circle, Kapolei, HI to 1830 Wilikina Drive, Wahiawa, HI. Because of the address change, FDNS Officers wanted to verify that WIFE lived at 1830 Wilikina Drive, Wahiawa, HI. On January 11, 2022, FDNS Officers spoke to the rental agent for 1830 Wilikina Drive - apartment 302, who confirmed that FULTON II lived in apartment 302 with a male roommate. The male roommate's name was the only one on the lease. The rental agent said that FULTON II stayed in the apartment with his girlfriend when the male roommate went away for training. In July 2020, the rental agent received a text message from FULTON II saying that he wanted to take over the lease after the male roommate moved out. On September 3, 2020, the rental agent received a text message from FULTON II saying he was transferring to Ft. Shafter and that he was not going to be staying in the apartment.

20. On April 5, 2021, WIFE filled out an address change form for USCIS to change her address from 1830 Wilikina Drive, Apt 302, Wahiawa, HI, to 1391 Ohina Place, Honolulu, HI. On January 11, 2022, FDNS Officers went to verify if WIFE lived at 1391 Ohina Place. There, they interviewed FULTON II. FULTON II said that he moved to 1830 Wilikina Drive in October 2019. FULTON II then moved to Ohina Place in October 2020 or early 2021. FULTON II said that he lived with three roommates and his wife, but WIFE was not home. FULTON II further stated that WIFE was at the store and would be home soon. After a few minutes, FULTON II told FDNS Officers that he wanted to start over and tell them the truth. FULTON II provided a signed sworn statement in which he admitted among other things:

    a. He married WIFE to help her for immigration purposes.

    b. He was paid $2500 to $5000 to marry WIFE.

    c. He never lived with WIFE and she lived somewhere in Texas.

    d. He met WIFE's previous husband in Texas.

    e. He met WIFE's previous husband so they could feel comfortable knowing him.

    f. WIFE never lived in Hawaii but came down for a week for the immigration interview.

g. WIFE stayed a week at the Best Western Hotel in Honolulu, by the airport.

h. They prepared for the immigration interview by going over questions the night before, in her hotel room.

i. They took pictures together to submit to immigration.

j. During his marriage to WIFE, he casually dated other women.

k. He received BAH [also referred to BAQ] of about $2,800 to $2900 a month since coming to Hawaii in 2019.

l. He received the approximately $2,800 in BAH because of his marital status.

21. There was additional information that WIFE and DAUGHTER were not living in Hawaii. On June 8, 2022, FULTON II digitally signed a DD FORM 1172-2 to certify that WIFE, DAUGHTER, and a stepchild are dependents of his. In this form, FULTON II listed his address as 1830 Wilikina Drive, Apt 302, Wahiawa, HI. FULTON II listed the address for WIFE, DAUGHTER, and the stepchild as 4701 Charles Place, Apt 2328, Plano, TX. However, FULTON II was already living at the 1391 Ohina Place, when he was interviewed by FDNS in January 2022 and was no longer living at 1830 Wilikina Drive, Apt 302.

## HOUSING ALLOWANCE WHILE IN HAWAII

22. FULTON II was not eligible for BAQ/VHA, because his marriage was a sham. *See Lutwak v. United States*, 344 U.S. 604, 611-14 (1953) (upholding a conviction for conspiracy to defraud the United States through a "fake marriage" because the "two parties [have not] undertaken to establish a life together and assume certain duties and obligations" but rather, "the relationship was entered into with no intention of the parties to live together as husband and wife but only for the purpose of using the marriage ceremony in a scheme to defraud." Therefore, WIFE was not his "lawful spouse." Under DoD 70000.14-R, Financial Management Regulations 3.1.1.1. – eligibility, only a Service Member's lawful spouse is considered a dependent for housing allowance purposes.

23. Under DoD 7000.14-R, Financial Management Regulations 3.2.3. – Fraudulent Claim, a Service Member who submits a claim for a housing allowance that contains a false statement is subjection to criminal prosecution.

24. On October 2, 2023, the Army Military Pay Office in Hawaii signed the Department of Defense Form 139 that authorized a pay adjustment to recover the money that FULTON II had improperly received. The Army Military Pay Office started garnishing his wages because it was determined that FULTON II was not entitled to the Dependent Housing allowance and COLA. The amount FULTON II was not entitled to while he was in Hawaii (June 1, 2019 as calculated

14

by the Army Military Pay Office) to the time the Army was notified about the fraudulent marriage (February 24, 2022) was $95,214.24 in BAQ/VHA.

## COLA WHILE IN HAWAII

25. The false statements on the DA FORM 5960 and DA FORM 4187 referenced above allowed FULTON II to collect a higher dependent COLA rate than he was entitled. FULTON II received $3,782.91 in dependent COLA that he was not entitled to receive while in Hawaii from July 30, 2019 to February 24, 2019.

## TOTAL BENEFITS FROM FRAUDULENT MARRIAGE

26. The total amount of benefits FULTON II, WIFE, and WIFE's children were not entitled to receive from the Army because of the fraudulent marriage (January 26, 2018 (starting in Texas) to August 2023 (when Army stopped FULTON II's fraudulent benefits) was at least $202,039.27 (housing, COLA, and medical benefits).

\\

\\

\\

\\

\\

\\

## CONCLUSION

27. Based upon these facts and information, I submit that there is a probable cause to believe that FULTON II has violated 18 U.S.C. § 641 by receiving BAQ/VHA and COLA payments to which he was not entitled and violated 18 U.S.C. § 1001, by falsely representing that his dependents were living with him on the DA FORM 5960 and DA FORM 4187.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL NAITO Special Agent
Defense Criminal Investigative Service

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 4:58 pm on November 6, 2023.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1 (b), this 6th day of November 2023.

_____
Wes Reber Porter
United States Magistrate Judge